

FILED

2012 NOV 20 PM 4:43

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| ) | |
| Plaintiff, ) | **3:12MJ8010** |
| ) | CASE NO. _____ |
| v. ) | |
| ) | 29 U.S.C. § 439(b) |
| PATRICIA RACE, ) | |
| ) | MAG. JUDGE JAMES R. KNEPP II |
| Defendant. ) | |
| ) | |
| ) | |

COUNT 1

The United States Attorney charges that:

1. At all times material to this Information, the Auto Workers AFL-CIO Local Union 959 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C § 401, *et seq.*

2. On or about March 27, 2010, within the Northern District of Ohio, Western Division, the Defendant, PATRICIA RACE, knowingly failed to disclose a material fact in a report required to be filed by the Auto Workers AFL-CIO Local Union 959 with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report

ORIGINAL

form LM-3 for the union's fiscal year ending December 31, 2009; all in violation of 29 U.S.C. § 439(b).

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

By: *Ava Dustin*
AVA DUSTIN
Attorney in Charge, Criminal Division
Toledo Branch Office